

FREEMAN, MJ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ZAO KASPERSKY LAB,    :

        Plaintiff,    :    Case No. 09-cv-3167 (DCF)

    v.    :    **ECF CASE**

TALL LICENSING LIMITED,    :
DEFENDER PRO US, 5381 PARTNERS,
LLC and STEVE GROSSMAN,    :

        Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that:

1. All of the claims and counterclaims in the above-captioned action are dismissed, without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs to any party, and

2. Upon plaintiff's receipt of full payment of the "Settlement Balance", as defined in Section 2.2 of the certain Settlement Agreement among the parties to this action dated April 21, 2011, the dismissal of all of the claims and counterclaims in the above-captioned action shall become with prejudice.

**ARENT FOX LLP**

By: _____    Dated: May 11, 2011
Marylee Jenkins
1675 Broadway
New York, NY 10019-5820
212.484.3900
*Attorneys for Plaintiff*

PRYOR CASHMAN LLP

By: _____
John J. Lynch (JL-8196)
7 Times Square
New York, New York 10036-6569
(212) 421-4100
*Attorneys for Defendants*

Dated: May 11, 2011

SO ORDERED: 5/17/11

_____
(U) MS